**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FLORIN NOVAC,

    Petitioner

v.

MICHAEL BERNACKE, et al.,

    Respondents

Case No.: 2:26-cv-00946-APG-NJK

**Order**

The respondents have not responded to the petition for writ of habeas corpus. Petitioner Florin Novac has filed a motion to grant the petition as unopposed. ECF No. 5. Florin also filed a motion for a temporary restraining order (TRO). ECF No. 4.

I HEREBY ORDER the respondents to file their responses to the petition (ECF No. 1) and the pending motions (ECF Nos. 4, 5) by April 30, 2026 at noon PDT.

DATED this 27th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE