**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLORIN NOVAC, | Case No.: 2:26-cv-00946-APG-NJK |
| Petitioner | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 8] |
| MICHAEL BERNACKE, et al., | |
| Respondents | |

I ORDER that the respondents' motion to extend time (ECF No. 8) is GRANTED. The responses to the petition and the pending motions are due May 14, 2026.

DATED this 8th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE