**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLORIN NOVAC, | Case No.: 2:26-cv-00946-APG-NJK |
| Plaintiff | **Order Closing Case** |
| v. | |
| MICHAEL BERNACKE, et al., | |
| Defendant | |

In my previous order, I gave petitioner's counsel until July 9, 2026 to move for attorney's fees. ECF No. 14 at 8.  They did not do so.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 14th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE